UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-14055-CR-MARTINEZ

UNITED STATES OF AMERICA

      Plaintiff,

vs.

JESUS TORRES,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court on Defendant's pro se letter to the Court (D. E. No. 234).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on August 15, 2014. A Report and Recommendation was filed on August 19, 2014, (D. E. No. 238), recommending that the Defendant's pro se Motion to Withdraw Guilty Plea **denied** for the reasons stated in the report.  The Court has reviewed the entire file and record and notes that no objections have been filed.  After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation (D.E. No 238) of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED.** The Defendant's pro se Motion to Withdraw Guilty Plea (D. E. No. 234)  is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day of August, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
Jesus Torres 221816
900 N. Rock RD
St. Lucie County Jail
Ft. Pierce, FL 34945